IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KEITH BRODHEAD,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　　　　Defendant. | No. 2:13-cv-1277-HRH |

O R D E R

Case Dismissed

Pursuant to the stipulation of the parties,[1] filed December 5, 2013, and good cause appearing,

IT IS HEREBY ORDERED dismissing this action, with prejudice, each party to bear their own attorney fees and costs.

DATED at Anchorage, Alaska, this  6th  day of December, 2013.

　　　　　　　　　　　　　　　　　　/s/ H. Russel Holland
　　　　　　　　　　　　　　　　　　United States District Judge

---

[1]Docket No. 19.

Order – Case Dismissed　　　　　　　　　　　　　　　　　　　　　　　　　　　　　- 1 -